UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN SUTTON POOL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 1:20-CV-3273-SEB-DLP |
| | ) |
| BRIAN SIMMS, BRENDANWOOD FINANCIAL BROKERAGE, LLC, BRENDANWOOD FINANCIAL SERVICES, LLC, GREAT AMERICAN LIFE INSURANCE COMPANY and MARK CHRISTOPHER PERRY, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY NICOLE C. WIXTED**

Matthew R. Kinsman of the law firm Faegre Drinker Biddle & Reath LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Nicole C. Wixted of Faegre Drinker Biddle & Reath LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Great American Life Insurance Company in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Nicole C. Wixted, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Nicole C. Wixted leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 19, 2021

Respectfully submitted,

/s/ Matthew R. Kinsman
Matthew R. Kinsman (32032-71)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: matthew.kinsman@faegredrinker.com

*Attorney for Defendant Great American Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following:

Mark E. Maddox
Thomas K. Caldwell
MADDOX HARGETT & CARUSO, P.C.
10150 Lantern Road Suite 175
Fishers, IN 46037

*Attorneys for Plaintiff*

/s/ *Matthew R. Kinsman*

Exhibit A

## Certification of Nicole C. Wixted
### In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Matthew R. Kinsman of Faegre Drinker Biddle & Reath LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): New Jersey, Pennsylvania, U.S. Court of Appeals for the Third Circuit, U.S. District Court for the Eastern District of Pennsylvania, and U.S. District Court for the District of New Jersey.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: 1/19/21

Respectfully submitted,

_____
Nicole C. Wixted
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2690
Facsimile: (215) 988-2757
E-Mail: nicole.wixted@faegredrinker.com