## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN SUTTON POOL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 1:20-CV-3273-SEB-DLP |
| | ) |
| BRIAN SIMMS, BRENDANWOOD | ) |
| FINANCIAL BROKERAGE, LLC, | ) |
| BRENDANWOOD FINANCIAL | ) |
| SERVICES, LLC, GREAT AMERICAN | ) |
| LIFE INSURANCE COMPANY and MARK | ) |
| CHRISTOPHER PERRY, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Matthew R. Kinsman of Faegre Drinker Biddle & Reath LLP, seeking an Order granting Nicole C. Wixted of Faegre Drinker Biddle & Reath LLP**,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Great American Life Insurance Company in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

Nicole C. Wixted
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2690
Facsimile: (215) 988-2757
E-Mail: nicole.wixted@faegredrinker.com

Dated: _____  _____

JUDGE, United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail

Nicole C. Wixted
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2690
Facsimile: (215) 988-2757
E-Mail: nicole.wixted@faegredrinker.com